## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| NOLAN KLEIN, | ) | 3:05-CV-463-RLH (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | February 6, 2006 |
| | ) | |
| JACKIE CRAWFORD, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    GINA MUGNAINI          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants have filed a Motion for Leave to Depose an Incarcerated Person and Motion to Extend Discovery Cut-Off to June 12, 2006 (First Request) (Doc. #21).

**IT IS HEREBY ORDERED** that Defendants' Motion for Leave to Depose an Incarcerated Person (Doc. #21) is **GRANTED**. Defendants can depose Plaintiff either in person or by telephone. Defendants shall provide Plaintiff a copy of the deposition transcript at Defendants' expense.

**IT IS FURTHER ORDERED** that Defendants' Motion to Extend Discovery Cut-Off to June 12, 2006 (Doc. #21) is **GRANTED**.  All other deadlines set out in the Scheduling Order (Doc. #14) shall be adjusted accordingly.

LANCE S. WILSON, CLERK

By:        /s/
                    Deputy Clerk